[No. 41291-4-I.    Division One.    March 8, 1999.]

*In the Matter of the Marriage of* JUDITH PETERSON, *Appellant*, and H. FREDRICK PETERSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 89-3-09228-3, Joan B. Allison, J. Pro Tem., entered August 21, 1997. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Appelwick, JJ.

[No. 41520-4-I.    Division One.    March 8, 1999.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT SILVAN HARGROVE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-03810-0, Richard M. Ishikawa, J., entered October 20, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41542-5-I.    Division One.    March 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LAWRENCE KING, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-00058-5, Paul D. Hansen, J., entered October 16, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41575-1-I.    Division One.    March 8, 1999.]

PAUL ARROYO, *Appellant*, v. WASHINGTON STATE FERRIES, *Respondent*.

Appeal from a judgment of the Superior Court for San Juan County, No. 97-2-05127-5, Vickie I. Churchill, J., entered October 27, 1997. *Affirmed* by unpublished per curiam opinion.